# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATHER JOSIAH TRENHAM, an individual;<br>CATHERINE TRENHAM, an individual;<br>ORTHODOX CHRISTIAN MINISTRIES, INC., a California non-profit corporation; and<br>SAINT ANDREW ORTHODOX CHRISTIAN CHURCH, a California non-profit corporation.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PETER J. SANFILIPPO, an individual;<br>RORIK HROTHGAR, an individual;<br>ANDREA JARMAI, an individual; and<br>RALITZA KANEVA, an individual,<br><br>　　　　　Defendants. | Case No. 5:21-cv-00210-JWH-SHK<br><br>**AMENDED JUDGMENT** |

Pursuant to the Minute Order of Video Hearing Re: Motion for Default Judgment [ECF No. 44], as well as the Order Granting Plaintiffs' *Ex Parte* Motion to Clarify or Amend Injunction (In Chambers) entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. In their First Amended Complaint [ECF No. 31], Plaintiffs Father Josiah Trenham; Catherine Trenham; Orthodox Christian Ministries, Inc.; and Saint Andrew Orthodox Christian Church (collectively, "Plaintiffs") state claims for relief against Defendants Peter J. Sanfilippo, Rorik Hrothgar, Andrea Jarmai, and Ralitza Kaneva for defamation, civil harassment, trade libel, false light, intentional interference with prospective economic advantage, negligent interference with prospective economic advantage, intentional infliction of emotional distress, negligent infliction of emotional distress, and civil conspiracy.

3. Defendant Rorik Hrothgar was **DISMISSED** from this action on or about August 11, 2021.

4. Defendants Andrea Jarmai, and Ralitza Kaneva were **DISMISSED** from this action on or about August 13, 2021.

5. Plaintiffs have given notice of this action in the manner required by law. No claim or answer was filed in this action by Defendant Peter J. Sanfilippo. The Court deems that Defendant Peter J. Sanfilippo admits the allegations of the First Amended Complaint to be true with respect to the aforementioned claims for relief.

6. Judgment is hereby entered in **FAVOR** of Plaintiffs and **AGAINST** Defendant Peter J. Sanfilippo in the amount of **$300,000**.

7. Plaintiffs' request for an injunction enjoining and restraining Defendant Peter J. Sanfilippo from engaging in defamation, civil harassment, extortion, invasion of privacy, and other wrongful conduct alleged in the First Amended Complaint, along with a Mandamus Order to remove the defamatory and privacy-invading posts on Peter J. Sanfilippo website, is **GRANTED**. The terms of the injunction entered against Defendant Peter J. Sanfilippo are as follows:

　　a.　　<u>Scope of Injunction</u>: This injunction applies to communications in any medium that Defendant Peter J. Sanfilippo has published or may hereafter publish. For purposes of this injunction, "publish" includes posting or reposting material including writing, videos, messages, or communications in any form either online or in any other forum where it can be viewed or accessed by the public, as well as allowing such material that was previously published to remain in place. It includes aiding, abetting, causing, or encouraging others to publish such material. It also includes circulating material to third parties, even if not done publicly. This injunction applies to material authored by Defendant Peter J. Sanfilippo and to material published by him, regardless of authorship. This injunction applies to those acting at his behest or direction or in concert with him, including, but not limited to, non-party Automattic, Inc. (dba WordPress) ("Automattic"). This injunction does not forbid others whose work Defendant Peter J. Sanfilippo published from independently publishing or republishing their own work on a forum other than the www.OrthodoxyInDialogue.com website.

　　b.　　<u>Defamation—October 8, 2020, Article</u>: The article originally posted on October 8, 2020, entitled "Raped and Beaten: Growing Up a Trenham, by Aidan Trenham," along with the accompanying video or videos, are defamatory and damaging in their

entirety.  Defendant Peter J. Sanfilippo and non-party Automattic are **ORDERED** to remove that article and the accompanying video or videos permanently from the website www.OrthodoxyinDialogue.com and from any other forum or place where it can be publicly viewed or accessed.  Defendant Peter J. Sanfilippo and non-party Automattic must do so no later than seven calendar days from the entry of this judgment.  Defendant Peter J. Sanfilippo and non-party Automattic are also **ORDERED** to refrain from distributing the article to any third party.

    c.    <u>Defamation—Other Articles</u>:

        i.    In articles published on the www.OrthodoxyInDialogue.com website, Defendant Peter J. Sanfilippo makes the following defamatory and harassing accusations, either directly or by misleading implication:

            1)    That Plaintiff Father Josiah Trenham approves of or promotes the killing of or acts of violence against LGBTQ people;

            2)    That Plaintiff Father Josiah Trenham approves or promotes the application of Sharia law;

            3)    That Plaintiff Father Josiah Trenham made threats of violence against Defendant Peter J. Sanfilippo or encouraged or incited others to do so;

            4)    That Plaintiff Father Josiah Trenham promotes or approves of spousal abuse or domestic abuse;

            5)    That Plaintiff Father Josiah Trenham or Plaintiff Catherine Trenham abused or permitted the abuse of their own children or any other children, including physical or sexual abuse;

/ / /

   6) That Plaintiff Father Josiah Trenham or Plaintiff Catherine Trenham disowned their granddaughter or referred to their granddaughter as an "abomination";

   7) That incriminating photographs of Plaintiff Father Josiah Trenham's or Plaintiff Catherine Trenham's home life exist;

   8) That there is reason to believe Plaintiff Father Josiah Trenham will harm, molest, abuse, or endanger children;

   9) That parents should not permit Plaintiff Father Trenham to be near their unattended children, because of the danger he poses to them;

   10) That Plaintiff Father Josiah Trenham has caused harm to his parishioners, including causing them to commit suicide or to flee the parish;

   11) That Plaintiff Father Josiah Trenham has defied church authorities;

   12) That Plaintiff Father Josiah Trenham was disciplined or found unsuitable for his office by church authorities; and

   13) That Plaintiff Father Josiah Trenham was not adequately educated in Orthodox theology.

  ii. Each of the following articles contains at least one of the aforementioned accusations, either made directly by Defendant Peter J. Sanfilippo or published and endorsed by him:

   1) "Father Josiah Trenham And The Southern Poverty Law Center," originally published on or about June 14, 2018, and republished on or about July 21, 2021;

      2)     "Priests & Partners In Homophobia," published on or about January 20, 2019;

      3)     "Tolerance Tyrants, Lavender Mafia, Homofascists, And Rainbow Radicals by Archpriest Josiah Trenham," published on or about June 30, 2019;

      4)     "'The Good Wife' According To Father Josiah Trenham: Does Metropolitan Joseph Approve?" published on or about June 12, 2019;

      5)     "St. Tikhon's Seminary, Millstones, And Sharks: Unanswered Questions," published on or about July 27, 2019;

      6)     "Editorial: The 'Morality' of the Antiochian Orthodox Christian Archdiocese?," published on or about January 4, 2020;

      7)     "An Open Letter to Metropolitan Joseph: Stop. Trenham. Now. by a Clergyman of the Antiochian Orthodox Archdiocese," published on or about January 12, 2020;

      8)     "Leaked: Secret Directive To The Clergy Of The Antiochian Orthodox Archdiocese," published on or about January 17, 2020;

      9)     "On Josiah Trenham: Why The Deafening Silence From Metropolitan Joseph?" published on or about January 17, 2020;

      10)    "On Father Josiah Trenham: An Open Letter to Metropolitan Joseph by Daniel Nicholas," published on or about January 28, 2020;

      11)    "Suddenly I'm Afraid by Giacamo Sanfilippo," published on or about January 31, 2020;

     12) "An Open Letter to Metropolitan Joseph by Rev. Ben Daniel," published on or about February 1, 2020;

     13) "On Josiah Trenham:  An Open Letter To Patriarch John of Antioch," published on or about February 12, 2020;

     14) "On Josiah Trenham: Last & Final Email To Englewood," published on or about February 13, 2020;

     15) "The Sunday Of Forgiveness Approaches . . . And Still We Wait," published on or about February 27, 2020;

     16) "'You Are Not Worthy.  Not Now.  Not Ever.' Some Positive Movement On The Josiah Trenham File," published on or about April 5, 2020;

     17) "Faith In A Time of Pandemic:  Josiah Trenham And 'Civil Disobedience' by Jan Michael Ostrowski," published on or about May 26, 2020; and

     18) "Happy Pride?  Orthodoxy, Orthodouchey, And The Church's War On LGBTQI People by Luke Beecham," published on or about June 27, 2020.

  iii. Defendant Peter J. Sanfilippo and non-party Automattic are **ORDERED** to remove the aforementioned articles from the www.OrthodoxyInDialogue.com website, as well as from any other location or forum viewable or accessible by the public. Defendant Peter J. Sanfilippo and non-party Automattic are **ORDERED** to do so no later than seven calendar days from the entry of this judgment.  If feasible, Defendant Peter J. Sanfilippo may remove all accusations as listed above from any of those articles and post or publish those articles.  Defendant Peter J.

-7-

Sanfilippo and non-party Automattic are **ORDERED** to refrain from publishing such an article again until the accusations listed above have been removed.  To the extent that those posts include or feature the writing of other authors besides Defendant Peter J. Sanfilippo, those other authors are not enjoined from publishing their own work elsewhere.

    d.      Harassment and Interference with Economic Advantage

        i.      If Defendant Peter J. Sanfilippo seeks to republish, after editing as ordered above, the articles that this injunction requires him to remove, then he is **ORDERED** to omit contact information for church authorities and Ancient Faith Radio personnel currently included in the following articles or posts:

    1)    "St. Tikhon's Seminary, Millstones, And Sharks:  Unanswered Questions," published on or about July 27, 2019;

    2)    "An Open Letter to Metropolitan Joseph:  Stop.  Trenham.  Now.  by a Clergyman of the Antiochian Orthodox Archdiocese," published on or about January 12, 2020;

    3)    "Leaked:  Secret Directive To The Clergy Of The Antiochian Orthodox Archdiocese," published on or about January 17, 2020;

    4)    "On Father Josiah Trenham:  An Open Letter to Metropolitan Joseph by Daniel Nicholas," published on or about January 28, 2020;

    5)    "An Open Letter to Metropolitan Joseph by Rev. Ben Daniel," published on or about February 1, 2020;

/ / /

       6) "On Josiah Trenham: An Open Letter To Patriarch John of Antioch," published on or about February 12, 2020;

       7) "On Josiah Trenham: Last & Final Email To Englewood," published on or about February 13, 2020; and

       8) "'You Are Not Worthy. Not Now. Not Ever.' Some Positive Movement On The Josiah Trenham File," published on or about April 5, 2020.

    e. Defendant Peter J. Sanfilippo is **ORDERED** to refrain from publishing details or purported details of Plaintiff Father Josiah Trenham's and Plaintiff Catherine Trenham's marriage or family life, the lives of their children, and the lives of their grandchildren.

8. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 15, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE